UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS BROWN | CIVIL ACTION |
| VERSUS | NO. 13-2440 |
| DEPARTMENT OF THE NAVY | SECTION "G"(3) |

### ORDER VACATING MAGISTRATE JUDGE REFERRAL

The Court has been advised that all parties in the above-captioned matter do <u>not</u> consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c).[1] Accordingly;

**IT IS ORDERED** that the automatic referral of this matter to the Magistrate Judge is hereby VACATED, except for pretrial matters so referred under L.R. 72.1.

**IT IS FURTHER ORDERED** that a PRELIMINARY CONFERENCE will be held <u>BY TELEPHONE</u> on MONDAY, AUGUST 19, 2013 at 2:00 P.M. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-offs. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager.

**NEW ORLEANS, LOUISIANA,** this  13th   day of August, 2013.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

**Clerk to Notify:**

**U.S. Magistrate Judge Knowles
and counsel of record**

---

[1] Rec. Doc. 14.